In the Matter of FEDERATED CAB SALES CORP., Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Respondents.

Argued·May 18, 1949; decided June 2, 1949.

*G. Barron Mallory* and *Richard P. Jackson* for appellant.

*John P. McGrath, Corporation Counsel* (*Bernard H. Sherris, Isaac C. Donner* and *Alvin H. Kaufer* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.